# EXHIBIT

# A

