# EXHIBIT Q

# E-MAIL TO PUTATIVE CLASS MEMBERS

**Subject:**     Notice of Unpaid Wage Collective Action Lawsuit against Capt. George's Seafood Restaurants, LP

Dear current and former Server at Captain George's Seafood Restaurants:

I represent current and former Servers of Captain George's Seafood Restaurants, in a collective action lawsuit seeking to recover unpaid minimum wages, unpaid overtime wages, and unlawfully deducted tips. You are receiving this e-mail because Captain George's Seafood Restaurants' records indicate that you are eligible to participate in this collective action lawsuit and your rights may be affected by its outcome. Click here to view the Notice regarding the collective action against Captain George's Seafood Restaurants recently authorized by the Court. The link explains the steps you need to take if you want to join. You should also be receiving a copy of the same information via U.S. mail.

After reviewing the Notice, if you would like to opt in to the case, you can complete the form at the link to sign your consent form electronically.

If you have any questions, please feel free to contact me at 513-651-3700 or by e-mail at akimble@msdlegal.com.

Andrew Kimble
*Attorney at Law*



*Andrew P. Kimble, Esq.*
**Markovits, Stock & DeMarco, LLC**
3825 Edwards Road, Suite 650 | Cincinnati, Ohio 45209
Business 513.651.3700 | Direct: 513.665.0213 | Facsimile 513.665.0219
akimble@msdlegal.com | www.msdlegal.com

*We have moved. Please note our new address.*

This electronic transmission contains information from the law firm of Markovits, Stock & DeMarco, LLC which is privileged, confidential or otherwise the exclusive property of the intended recipient or Markovits, Stock & DeMarco, LLC. This information is intended for the use of the individual or entity that is the intended recipient. If you are not the designated recipient, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic transmission in error, please notify me by telephone (513-651-3700) or by electronic mail (akimble@msdlegal.com) and promptly destroy the original transmission. Thank you for your assistance.